IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE M. DeCURTIS, JR., | : | CIVIL ACTION NO. **3:CV-05-0118** |
| Plaintiff | : | |
| v. | : | Magistrate Judge Blewitt |
| METROPOLITAN LIFE INS. COMPANY, | : | |
| Defendant | : | |

### ORDER AND JUDGMENT

AND NOW, this 16th day of **May, 2006, IT IS HEREBY ORDERED** that Plaintiff's Summary Judgment Motion **(Doc. 22)** is **DENIED,** and that Defendant's Summary Judgment Motion **(Doc. 18)** is **GRANTED.**

**IT IS FURTHER ORDERED** that Judgment be entered in favor of Defendant and against Plaintiff.

                                                **s/ Thoma M. Blewitt**
                                                **THOMAS M . BLEWITT**
                                                **United States Magistrate Judge**

**Dated:  May 16, 2006**